**FILED**

JUL 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUARDO TESTORE, | No. C 05-1637-MHP |
| Petitioner, | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| v. | |
| ALBERTO GONZALES, Attorney General of the United States, | |
| Respondent. | |

The petitioner, by and through his attorney of record, and respondent, by and through his attorneys of record, hereby stipulate to dismiss the above-captioned case in light of the fact that, on July 12, 2005, the Board of Immigration Appeals ("BIA") granted the Department of Homeland Security's motion to remand the petitioner's removal proceeding to the Immigration Court pursuant to *Molina-Camacho v. Ashcroft*, 393 F.3d 937 (9th Cir. 2004). A copy of the BIA's order is attached as Exhibit A.

The parties shall bear their own costs and fees.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 05-1637-MHP                                    1

| | |
|---|---|
| Date: July 13, 2005 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Respondent |
| Date: July 13, 2005 | /s/<br>ASHWANI BHAKHRI<br>Law Offices of Ashwani Bhakhri<br>Attorney for Petitioner |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED, *that this matter be remanded to the Immigration Court.*

Date: July ___, 2005

MARILYN H. PATEL
United States District Judge

---

[1] I, Edward A. Olsen, hereby attest that both Attorney Bhakhri and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 05-1637-MHP                             2

# EXHIBIT A



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

Missale Ayele, Esquire
P.O. Box 2528
Suwanee, GA 30024-0000

Office of the District Counsel/SFR
P.O. Box 26449
San Francisco, CA 94126-6449

**Name: TESTORE, EDUARDO AUGSTINO** *               A73-422-511

**Date of this notice: 07/12/2005**

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

*F.F. K↲*

Frank Krider
Chief Clerk

Enclosure

Panel Members:
    HOLMES, DAVID B.

| | |
|---|---|
| **U.S. Department of Justice**<br>Executive Office for Immigration Review | Decision of the Board of Immigration Appeals |

Falls Church, Virginia 22041

File: A73 422 511 - San Francisco  Date: JUL 12 2005

In re: EDOARDO AUGSTINO TESTORE

IN DEPORTATION PROCEEDINGS

APPEAL AND MOTION

ON BEHALF OF RESPONDENT: Missale Ayele, Esquire

ON BEHALF OF DHS: Patricia Spaletta
Assistant District Counsel

APPLICATION: Asylum; withholding of deportation; protection under the Convention Against Torture

ORDER:

PER CURIAM. This case was last before the Board on June 30, 2003, when we sustained the Department of Homeland Security's (DHS) appeal from the Immigration Judge's grant of the respondent's application for asylum. We granted the respondent withholding of deportation from Ethiopia and ordered him deported to Italy. The matter is now before us pursuant to the April 13, 2005, order of the United States Court of Appeals for the Ninth Circuit and the May 16, 2005, motion to remand filed by the DHS.

The court's order stated that under its decision in *Molina-Camacho v. Ashcroft*, 393 F.3d 937 (9th Cir. 2004), the Board was without authority to order this respondent deported to Italy. The DHS in its motion noted its disagreement that this case is controlled by *Molina-Camacho* because this is a deportation, not a removal case, but in view of the court's order, it requested a remand for the sole purpose of allowing the Immigration Judge to enter an order removing the respondent to Italy. The respondent filed a request that he be given 30 days to respond to the DHS motion to remand, but to date he has not filed an opposition.

Pursuant to the court's order and the unopposed DHS motion to remand, the June 30, 2003, decision of the Board is vacated insofar as it enters an order of deportation, and the case is remanded to the Immigration Judge for further action consistent with the court's order and the DHS motion.

_____
FOR THE BOARD